

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LKG
F.#2015R01694

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 6, 2018

<u>By Hand and ECF</u>

Raymond Perini, Esq. *(Attorney for Scott Brettschneider)*

Re:   United States v. Brettschneider, et al.
      <u>Criminal Docket No. 18-123 (CBA)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

Enclosed please find the following documents:

| Bates Label | Description |
|---|---|
| BRETT 00000001 | Advice of Rights Form |
| BRETT 00000002-00000004 | Arrest Report |
| BRETT 00000005-00000007 | Marshals 312 Form, containing statements of the defendant |
| BRETT 00000008-00000009 | Criminal History Report |

Please contact us if you have any questions or additional requests.  The government reiterates its request for reciprocal discovery.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:        /s/        

Lindsay K. Gerdes
Andrey Spektor
Assistant U.S. Attorneys
718-254-6155/6475

Encl.

2