F.#2015R01691

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

        -against-                    **AMENDED PROTECTIVE ORDER**

Scott Brettschneider, et al.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the Motion of RAYMOND G. PERINI, attorney for SCOTT BRETTSCHNEIDER, dated May 11, 2018, to amend the Order of the Court dated March 29, 2018, limiting and protecting the use of discovery materials in the above captioned case, the order is amended as follows

ORDERED, RAYMOND PERINI may mail a copy of the protected material directly to defendant BRETTSCHNEIDER'S home in North Carolina for his exclusive use in reviewing the discovery material.

ORDERED, defendant BRETTSCHNEIDER will not permit anyone but himself to review the material and he will not share it or copy it with anyone.

ORDERED, at the conclusion of his review of the material, he will return by mail or and deliver the copy of the material he was provided directly to his attorney Raymond G. Perini.

ORDERED, Mr. Perini will, upon receipt of the copy, retain it until further directed by the Court.

ORDERED, all other terms and conditions of the original order will remain in effect.

                                                  s/Carol Bagley Amon

                                      The Honorable Carol B. Amon
                                      United States District Judge
                                        Eastern District of New York