**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                          :

**UNITED STATES OF AMERICA**        :

                                   :

            **v.**                   :       **18-CR-123 (CBA)**

                                   :

**SCOTT BRETTSCHNEIDER,**      :       **NOTICE OF APPEARANCE**

                                   :

                     *Defendant.*     :
------------------------------------------------------------x

       PLEASE TAKE NOTICE that undersigned counsel, an attorney duly admitted to practice in this Court, has been retained to represent defendant SCOTT BRETTSCHNEIDER in the above-captioned case. Counsel respectfully requests that the Clerk enter her appearance as counsel in this case.

Dated:       July 5, 2018

                                  Respectfully submitted,
                                       /s/
                                SARITA KEDIA
                                SARITA KEDIA LAW OFFICES
                                5 East 22nd Street, Suite 7B
                                New York, NY 10010
                                Tel:    212-681-0202
                                Email: skedia@kedialaw.com