# SARITA KEDIA
## LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

December 1, 2018

**BY ECF**

Clerk's Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     *Re: U.S. v. Brettschneider, et al., 18 CR 123 (CBA)*

Dear Sir/Madam:

  I write regarding Document 106 that my office filed by ECF in the above-referenced matter. Attachments 3, 4 and 5 to Document 106 are exhibits to the motion that should be filed under seal rather than publicly. Could you please remove these exhibits from public access and file them under seal as soon as possible?

  Please contact me by telephone at 212-681-0202 or by email at skedia@kedialaw.com if you need to reach me. Thank you for your assistance.

           Very truly yours,
           /s/
           Sarita Kedia

cc: AUSA Lindsay Gerdes