# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

December 4, 2018

**BY ECF**

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:    U.S. v. Brettschneider, et al., 18 CR 123 (CBA)*

Dear Judge Amon:

  Per the Court's Order, I write regarding my December 1, 2018, request that the exhibits annexed to defendant Scott Brettschneider's pretrial motions be filed under seal [ECF 114]. The exhibits consist of two eavesdropping warrants and the applications and affidavits in support of the warrants' issuance.

  On the evening of Friday, November 30, 2018, AUSA Lindsay Gerdes contacted me by email to inform me that these exhibits should have been filed under seal as they are subject to a Protective Order. Ms. Gerdes said she would attempt to have the documents sealed and asked that I send a letter to the Clerk's Office requesting that they be sealed. I complied with Ms. Gerdes' request and have no information as to whether it is necessary to seal these exhibits. I note, however, that the government has filed various submissions publicly that contain excerpts and information from the recordings and warrant applications. I also understand that the warrant materials and recordings were produced to defendant Charles Gallman by the Queens County District Attorney's Office without any restrictions.

            Very truly yours,
             /s/
             Sarita Kedia

cc:    AUSA Lindsay Gerdes