**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**UNITED STATES OF AMERICA**

                                                                **18 CR 123  (CBA)**

       -against-

                                                              **NOTICE OF APPEARANCE**

**SCOTT BRETTSCHNEIDER, et al.,**

                *Defendants.*
-------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Jonathan Savella, an attorney duly admitted to practice before this Court, has been retained as counsel to Sarita Kedia and Sarita Kedia Law Offices, P.C., attorneys for defendant Scott Brettschneider in the above-captioned case. The undersigned respectfully requests that the Clerk enter his appearance.

Dated:       New York, New York
                March 1, 2019

                                                                Respectfully submitted,

                                                                        /s/

                                                            Jonathan Savella, Esq.
                                                           810 7th Avenue, Ste. 620
                                                           New York, New York 10019
                                                           646-801-2184
                                                           jonathan.savella@gmail.com