UNITED STATES DISTRICT COURT, EDNY
CRIMINAL CAUSE FOR JURY TRIAL

BEFORE: Hon. Carol Bagley Amon, USDJ  
DOCKET #: ~~CR 15-00628~~ 18CR123  
DATE: 4/5/19  
TIME: 9:40-**2:30**

DEFENDANT: Scott Brettschneider  
ATTORNEY: Sarita Kedia, Esq.

ASSISTANT U.S. ATTORNEY(S): Andrey Spektor & Margaret Gandy

COURT REPORTER: Annette Montalvo

INTERPRETER:  
DEPUTY CLERK: V. Holley

___✓___ Case Called.

_____ Jury Selection held.          _____ Jury Selection adjourned to

_____ Voir Dire begins.             _____ Jurors sworn and Jury Trial begins

_____ Government opens              _____ Defendant opens

_____ Jury Trial held.              ___✓___ Jury Trial resumes

- Summations cont'd (defense & rebuttal).
- Jury Charged.
- Guilty Verdicts on Count(s) 1 & 2.
- Jury trial ends.
- Post motion schedule set as follows: dft's brief due 5/3/19; govt's brief due 6/3/19; dft's reply due 6/14/19.
- Sentencing schedule set as follows: PSI report to be disclosed 6/28/19; dft's sentencing letter due 7/12/19; govt's response due 7/19/19. Sentencing set for 7/26/19 at 10:00. USPD notified.

_____ Not Guilty Verdict

_____ Presentence Investigation waived.

_____ Defendant(s) remanded.

_____ Defendant(s) continued on bail.