# Patrick J. Joyce, Esq.

Attorney at Law
658 Ridgewood Road
Maplewood, New Jersey 07040
973-324-2711

New York Office:
70 Lafayette Street
New York, NY 10013
212-285-2299

June 17, 2019

Honorable Judge Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*VIA ECF FILING*

## NOTICE OF APPEARANCE

**RE: United States v. Scott Brettschneider**

Dear Judge Amon,

**PLEASE TAKE NOTICE** that I, Patrick J. Joyce, Esq., have been retained to represent Mr. Scott Brettschneider, the defendant in the criminal case before Your Honor, identified by **docket number 1:18-cr-00123-CBA-1**. I will appear at Mr. Brettschneider's next court appearance on July 26, 2019 before Your Honor.

Attached to this letter you will also find the Consent Order Granting Substitution of Attorney, signed and dated by all parties involved.

Sincerely,

Patrick J. Joyce
Attorney for Marquis Gamble
70 Lafayette Street – 2nd Floor
New York, NY 10013
(212)285-2299
pjoyce13@juno.com

**CC:** **Andrey Spektor**
US Attorney's Office, EDNY
Lead Attorney

271 Cadman Plaza East
Brooklyn, NY 11201
andrey.spektor@usdoj.gov

**Lindsay K. Gerdes**
US Attorney's Office, EDNY
Lead Attorney
271 Cadman Plaza East
Brooklyn, NY 11201
lindsay.gerdes@usdoj.gov

**Keith Daniel Edelman**
US Attorney's Office, EDNY
Lead Attorney
271 Cadman Plaza East
Brooklyn, NY 11201
Keith.edelman@usdoj.gov

**Margaret Gandy**
US Attorney's Office, EDNY
Lead Attorney
271 Cadman Plaza East
Brooklyn, NY 11201
Margaret.gandy@usdoj.gov