AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | New York |

USA

Plaintiff(s),

V.

Scott Brettschneider

Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 18-CR-00123

Notice is hereby given that, subject to approval by the court, __Scott Brettschneider__ substitutes
(Party (s) Name)

__Patrick J. Joyce__, State Bar No. __1949809(NY)__ as counsel of record in
(Name of New Attorney)

place of __Sarita Kedia__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of Patrick Joyce, Esq.
    Address: 70 Lafayette St, 2nd Floor, New York, NY 10013
    Telephone: (212) 285-2299    Facsimile (212) 513-1989
    E-Mail (Optional):

I consent to the above substitution.
Date: 6/14/19

_[Signature]_
Scott Brettschneider
(Signature of Party (s))

I consent to being substituted.
Date: 6/16/19

_[Signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/14/19

_[Signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Scanned by CamScanner