# Wisell & McGee, L.L.P.

80-02 Kew Gardens Road, Suite 307    Phone (718) 544-0041    www.wiselllaw.com
Kew Gardens, New York 11415          Fax (718) 261-0317

John T. Wisell
Nancy M. McGee

Patrick C. Murray

July 10, 2019

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                      Re:    Scott Brettschneider

Dear Honorable Judge Amon:

      I am writing this letter on behalf of Scott Brettschneider. I have known Scott for nineteen years and consider him a friend.

      Scott and I have worked together on many occasions and I always placed great value in his insight and wisdom. Scott has always been an extremely hard worker and tenacious advocate. As an attorney, Scott possesses the long range vision that helps makes sense of volumes of material and how they fit into the big picture. His keen insight has resulted in many positive outcomes for his clients. Over the years we have worked side by side and at no time did he ever suggest or do anything that even skirted the bounds of unethical behavior. Whenever we faced a crossroad, Scott always advocated for the ethically appropriate course of action.

      Scott has worked tirelessly to advocate for victims of wrongful convictions and helped secure the reversal of convictions for victims who were wrongly incarcerated. Pursing those cases is a major uphill battle and not for the faint of heart. When Scott got behind a wrongful conviction case, he never faltered and exhausted every remedy available to achieve justice.

      Scott is always willing to help people without an expectation of anything in return. He has a large client base of loyal clients who he has counseled on improving their lives well beyond simply being their lawyer.

      Thank you very much for taking the time to consider my experiences with Scott and I hope this helps you understand something of the genuine person Scott Brettschneider is.

                                                                   Very truly yours,

                                                                   John T. Wisell

July 9, 2018

Judge Carol B. Amon
225 Cadman Plaza
Brooklyn NY 11201

Honorable Judge Amon,

I am the wife of Scott Brettschneider for the past 30 years. Unfortunately, I was unable to attend my husband's trial due to the issues of our ▓ year old medically fragile daughter ▓ who also suffers from ▓. Scott and I have lived our lives whereby ▓ is our first priority, no matter what personal hardships we endure individually or together. When our parents died, only one of us attended the funerals and the other stayed back with our daughter; that is how strongly we feel about being there for her.

When I met Scott in 1988, he was working for a criminal defense attorney in Queens. We were married in 1989 and by 1990, Scott started his own practice. I had been a nurse since 1981, employed by Long Island Jewish Medical Center. I was working on my graduate degree and was the President of the National Urological Certification Board. I became pregnant with ▓ that year. It was a difficult pregnancy from the start and I went into preterm labor at 28 weeks. I spent the next week in the hospital and the next 7 weeks at home on bed rest until her birth in July of 1991. Scott juggled his new practice, all the while taking care of me when he was not at work.

▓ was born with a myriad of medical problems that nobody had answers to. We almost lost her several times in the first few years of her life. ▓ She was started on ▓ She was severely ▓ She was also diagnosed ▓ As the years went on, her health continued to decline, with almost ▓ becoming problematic. For the sake of time, fast forward to ▓ several weeks prior to Scott's arrest, ▓ finally had a ▓ We were told that her care would be supportive and her life expectancy unknown. Most people diagnosed with this disorder died by the age of 2 or 3 years old. She was the oldest known living person with this syndrome. Her risk of this ▓ turning into ▓ is high. Within a few weeks, we were asking permission from the court to travel with her to ▓ where she had a ▓ That is who we are as parents fiercely devoted to our child. It did not matter what Scott was going through, ▓ was first as always.

With ▓ illness over the years, many people around us including family and friends, were no longer there for us. It was not fun to be around us or to socialize with us. We learned a hard lesson about life as the years went on. It is human nature perhaps. I being a nurse and Scott being an attorney are both in the helping professions. We may not have understood at the time what was

happening to us, but what we came to find out is that it was Scott, Nancy and ▮▮▮▮ alone and we were going to do this. We not only needed a belt, but suspenders to keep our life from falling apart. We were both successful in our careers, but would drop anything if our daughter needed us. We never wore our worries on our sleeve but kept life going. For years people have said to me that God gave me ▮▮▮▮ because I was a nurse and could take care of her. That is not true, not every parent has a medical background who is blessed with a child with special needs. There are many parents that take excellent care of their sick children without a degree, and that is who Scott Brettschneider is as father and caregiver. Statistically, marriages fall apart with the stress that a sick child brings to a relationship. Hard times made Scott and I stronger as a unit. We worked to provide for ▮▮▮▮ to take her anywhere in the country where a doctor might be able to help her, to give her every possible therapy to improve her life.

In 2006, we moved to ▮▮▮▮ primarily for an easier life for ▮▮▮▮ where she would not suffer harsh winters, inevitably landing her in the hospital. Scott's plan was to open a law practice in ▮▮▮▮ but as the years went on, it became more difficult to wind down his New York practice. He commuted back and forth, leaving 5 am on Monday's and usually getting back by Thursday night. If there were doctor's appointments out of town, he worked his schedule around that. After years of hired caregivers assisting in ▮▮▮▮ care, there came a point where we no longer trusted leaving her even when we were working. For that reason, I took a weekend position, so Scott could be here on the weekend while I worked, and I was here during the week while he was working. We never leave her or take a vacation without her. The only place we have been on vacation in ▮ years is Disney World. Even with our schedule that should be foolproof, we have had several caregiver issues. In ▮▮▮▮ started ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ worse than usual. A supposed trusted caregiver was stealing her medication for herself in lieu of giving it to ▮▮▮▮ She also wiped out our bank account. In October of that year, she was arrested at our home.

Regarding Scott, he always had an excellent reputation as an attorney. He mentored young attorneys over his 32 years in practice. Many of these young men and woman grew into fine trial attorneys. There was no hour that his telephone ever stopped ringing. Colleagues and clients alike knew that Scott was around day or night. It was not until his arrest that even the closest of his friends even knew of his medical issues. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Initially, we thought it was stress, but he was diagnosed with ▮▮▮▮▮▮▮▮. His health continued to decline and in ▮▮▮▮▮▮▮▮

We are trying to hold our lives together, again for the sake of ▮▮▮▮ as best that we can. I too am ill and continue to work full time to provide for ▮▮▮▮ We have had to cut back on her ▮▮▮▮ and other treatments that were helping her, as financially we can longer keep it going as we were. ▮▮▮▮ will not understand if her father is taken away from her. She still cries when we leave her. She is infantile and non-verbal and will never understand her life now without her father. I can parallel this to when her grandparents died. She has no conception of death. She looks at pictures of them and cries, not because she knows they are gone, but likely because she does not understand why they are no longer here. Besides her medical frailty, ▮▮▮▮ suffers with severe anxiety, obsessive-compulsive disorder and behavioral issues. Scott and I are her life, her pleasure and her security in a world that still is not meant for those who are disabled to be loved and cared for with respect. People with autism think in pictures and scenarios, not in words. Scott not being home with

▆ for any extended period greater than a few days, would have a devastating emotional impact on her, as things need to remain constant. As Scott and I get older and life becomes more complex, ▆ care-giving needs get greater. It is only both of her parents who can provide the full time care that she needs. We struggle every day to keep this fine balancing act stable. Please consider the well being of our daughter at the time of sentencing.

Respectfully,

*Nancy Brettschneider*

Nancy Brettschneider

**EDELSTEIN & GROSSMAN**
Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

July 10, 2019

**VIA ELECTRONIC CASE FILING**
Hon. Carol Bagley Amon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Brettschneider, Docket No. 18-CR-123 (CBA)**

Dear Judge Amon:

    The undersigned, partners in the law firm of Edelstein & Grossman, respectfully write in support of defendant Scott Brettschneider.

    Our practice focuses on criminal appeals and post-conviction representation, and in that capacity, we have known Scott for several years. We have litigated appeals in cases where Scott was trial counsel, and we have also worked with Scott on the case of People v. Derrick Hamilton, which resulted in the first New York State appellate court ruling to recognize a free-standing actual innocence claim. Scott has never been anything other than honest in his dealings with us, and we have come to know him as a zealous advocate who is dedicated to seeking justice for his clients.

    Scott will lose his law license as a result of this case, and he is devastated, not at the consequences to himself but the loss of his life's work. This in itself is a severe punishment for him, and his greatest regret is that he will not be able to go on advocating for the unjustly accused.

    While we cannot speak to the offense of which Scott has been convicted, we can say that there is a side of him that the Court did not see at trial, and we express the hope that the Court will consider that side of him in passing sentence.

The Court's consideration in this matter is appreciated.

Sincerely,

Jonathan I. Edelstein

Robert M. Grossman