Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:
United States
v.
Scott Brettschneider

Docket No.: 1:18-cr-123-CBA-1
Judge Carol Bagley Amon
(District Court Judge)

Notice is hereby given that Scott Brettschneider appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐
(specify)
entered in this action on July 26, 2019
(date)

This appeal concerns: Conviction only ☐ Sentence only ☐ Conviction & Sentence ✓ Other ☐
Defendant found guilty by plea ☐ | trial ✓ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓ | No ☐ N/A ☐
Date of sentence: July 26, 2019 N/A ☐
Bail/Jail Disposition: Committed ☐ Not committed ✓ N/A ☐

Appellant is represented by counsel? Yes ✓ No ☐ If yes, provide the following information:

Defendant's Counsel: Patrick J. Joyce, Esq.
Counsel's Address: 70 Lafayette Street, 2nd Floor
New York, NY 10013
Counsel's Phone: (212) 285-2299

Assistant U.S. Attorney: Andrey Spektor
AUSA's Address: U.S. Attorney's Office, EDNY
271-A Cadman Plaza East, Brooklyn, NY 11201
AUSA's Phone: (718) 254-6605

*Patrick Joyce*
Signature