LEA M. SIMPSON
9404 LAGUNA LAKE WAY
ELK GROVE, CA  95758

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2019 ★
BROOKLYN OFFICE

August 1, 2019

To the Honorable Judge Amon,

My name is Lea Simpson and I am a former client of Scott Brettschneider (Docket #18CR123).  I am writing you because there is an indefensible situation regarding Scott that I believe is important enough to share.

In December 2014, I retained Scott as my attorney.  He asked for $20,000 as his retainer.  I am in my 60's and I borrowed the money from my pension to secure Scott as my attorney.

On April 8, 2019, I requested the balance of my retainer from Scott.  I estimate the refund to be between $10,000 - $15,000, as there was only one court appearance.  He told me that he had to request his American Express bill for the plane ticket and his phone records for calls he made to the court.  I followed up with him on April 15, May 13, May 16, May 20, June 14, June 24, June 28, July 5, July 9, July 12, and July 16.  During my May 13 text conversation with Scott, I requested a partial refund of $5,000.  He denied my request as he said it would cause confusion.  During my June 14 text conversation, I told Scott that on June 17, I would be sending a letter to you and the State Bar Associations where he is licensed to practice law.  He told me to "go right ahead."  (I have subsequently added the United States Attorney and three newspapers to my list of individuals to contact).  He then told me that a certified letter with a check and an invoice was on its way to my home.  That letter never came.

It is my understanding that it is illegal for an attorney to not refund the balance of a client's retainer.  It is also my understanding that an attorney is required to segregate a client's retainer from his/her own funds (preferably an attorney trust account) and to make withdrawals from the segregated account as work is done.  It would be an understatement to say that Scott has breached the sacred fiduciary relationship.

I have waited for nearly four months for my refund, which I believe is more than generous.  I am in my 60's, preparing to retire and I am required to repay the loan against my pension prior to doing so or suffer significant tax penalties.

I know that this situation is not one that generally falls into the criminal justice system.  However, as Scott and his attorney prepare to appeal his conviction, I believe this information goes to Scott's character and lack of integrity.  Additionally, I would like to know where I can find out when Scott's next court appearance is scheduled, as it is my intention to be there.

Thank you in advance.  Wishing you a wonderful day.

Respectfully,

*Lea M. Simpson*

Lea M. Simpson

Cc: Richard P. Donoghue, United States Attorney
    State of New York Bar Association and Grievance Committee
    State of North Carolina Bar Association and Grievance Committee
    State of Florida Bar Association and Attorney/Consumer Assistance Program
    New York Times
    New York Post
    Queens Daily News
    Sarita Kedia, Attorney for Scott Brettschneider

Lea Simpson
9404 Laguna Lake Way
Elk Grove, CA 95758

Honorable Judge Carol Bagley Amon
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

