d+f

CHAMBERS OF
HONORABLE CAROL BAGLEY AMON

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

AUG 1 6 2019 ★

BROOKLYN OFFICE

August 9, 2019

Ms. Lea M. Simpson
9404 Laguna Lake Way
Elk Grove, CA 95758

Dear Ms. Simpson:

I have sentenced Scott Brettschneider and no longer have jurisdiction over this case.

There will be no further court appearances before me.

I see that you have sent a copy of your complaint to the Grievance Committee which is the appropriate entity to address your concerns.

Very Truly Yours,

s/Carol Bagley Amon
_____
Carol Bagley Amon, USDJ

(Copy)